UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 11 PROCEEDING |
| | ) | |
| J & M OIL SERVICE ENT., INC. | ) | CASE NO. 04 B 22183 |
| | ) | |
| DEBTOR. | ) | JUDGE John H. Squires |
| | ) | |

## ORDER CONVERTING CASE UNDER CHAPTER 11
## TO CASE UNDER CHAPTER 7

This matter comes before the Court on a motion to convert this Chapter 11 case to a case under Chapter 7 of the United States Bankruptcy Code or, in the alternative, to dismiss this case. After notice and a hearing, this Court finds that the motion should be granted and this case should be converted to a case under Chapter 7 pursuant to 11 U.S.C. §1112(b).

**IT IS ORDERED THAT:**

1. This Chapter 11 case is converted to a case under Chapter 7 of the U.S. Bankruptcy Code, 11 U.S.C. §701, et. seq.

2. The Debtor-in-possession or Chapter 11 trustee shall:

    a. forthwith account for and turn over to the Chapter 7 trustee all records and property of the estate under its custody and control as required by Fed.R.Bankr.P. 1019(4);

    b. on or before Aug 4, 2004 file a schedule of all unpaid debts incurred after the commencement of the Chapter 11 case (including the names and addresses of all creditors) as required by Fed.R.Bankr.P. 1019(5);

    c. on or before Aug 4, 2004 file a final report and account as required by Fed.R.Bankr.P. 1019(5); and

    d. within 15 days after the entry of this Order, file the statements and schedules as

required by Fed.R.Bankr.P. 1019(1) and 1007(b) if such documents have not already been filed.

3. Pursuant to Fed.R.Bankr.P. 9001(9) the Court designates Michael Spizziri, Pres. of the ("Designated Person") to perform the acts the Debtor is required to perform by this Order and the Federal Rules of Bankruptcy Procedure. The Designated Person is hereby ordered to perform, on behalf of the Debtor, the acts required by Paragraph 2 of this Order.

4. This matter is set for a status hearing on Aug 19, 2004, at 9:30 a.m. At that hearing, the Court will determine whether the Debtor and the Designated Person have complied with this Order, and, if not, consider any requests by the United States Trustee or Chapter 7 trustee for further relief or sanctions against the Debtor and Designated Person as may be required to secure compliance with this Order.

5. All professional persons who perform services in connection with the Chapter 11 case and seek compensation or reimbursement of expenses shall file their applications for final compensation on or before _____.

6. The Movant shall serve copies of this Order on the Debtor, the Designated Person, the United States Trustee, the Chapter 7 trustee, and all professionals known to him who performed services in connection with the Chapter 11 case, and he shall file a proof of such service at or before the status hearing.

DATED: 7/14/04   ENTERED: _____
                          UNITED STATES BANKRUPTCY JUDGE

22 JUL 2004