IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| J&M OIL SERVICE ENTERPRISE, INC. | ) | CASE NO. 04-22183 |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

### TRUSTEE'S FINAL REPORT

To:   THE HONORABLE JOHN SQUIRES
      BANKRUPTCY JUDGE

NOW COMES Brenda Porter Helms, Trustee herein, and respectfully submits to the Court and to the United States Trustee her Final Report in accordance with 11 U.S.C. Section 704(9).

1.   The Petition commencing this case was filed on 9th day of June, 2004. Brenda Porter Helms was appointed Trustee on July 22, 2004 after the case was converted to a chapter 7. The Trustee's bond in this case is included as part of the Trustee's blanket bond coverage.

2.   The Trustee certifies that she has concluded the administration of this estate and has performed the duties enumerated in Section 704 of the Bankruptcy Code. The nonexempt assets of the estate have either been converted to cash, disposed of under orders of this Court, or are sought to be abandoned by the Trustee: there is no other property belonging to the estate; there are no matters pending or undetermined; claims have been reviewed; and all claim objections have been resolved to the best of the Trustee's knowledge. The Trustee certifies that this estate is ready to be closed. The tasks performed by the Trustee to administer this estate are set forth on Exhibit A.

3.   The disposition of estate property is set forth in Exhibit B.   The property abandoned, or sought to be abandoned, along with the reasons for abandonment, is described in Exhibit B.

4.   A summary of the Trustee's final account as of June 21, 2007 is as follows:

   a.   RECEIPTS (See Exhibit C)                                                    $ 34,095.93

| | | | |
|---|---|---|---:|
| b. | DISBURSEMENTS (See Exhibit C) | | $ 597.00 |
| c. | NET CASH available for distribution | | $ 33,498.93 |
| d. | ADMINISTRATIVE EXPENSES: | | |
| | 1. | Trustee compensation requested (See Exhibit E) | $4,159.59 |
| | 2. | Trustee Expenses (See Exhibit E) | $393.36 |
| | 3. | Compensation & reimbursement of expenses requested by attorney or other professionals for trustee (See Exhibit F) | $~~32,129.91~~ 33,267.41 |

5. The Bar Date for filing unsecured claims expired on December 27, 2004.

6. All claims filed in this case with the Clerk of the Bankruptcy Court have been reviewed by the Trustee (See Exhibit D). The actual dollar amount of claims allowed and/or requested for this estate is as follows:

| | | |
|---|---|---:|
| a. | Allowed unpaid secured claims | $0.00 |
| b. | Chapter 7 administrative claims and 28 U.S.C. §1930 claims | $49,182.86 |
| c. | Allowed Chapter 11 administrative claims | $36,456.84 |
| d. | Allowed priority claims | $57,941.20 |
| e. | Allowed unsecured claims | $290,439.95 |
| f. | Other | $0.00 |

7. Trustee proposes that unsecured creditors receive a distribution of 0.00% of allowed claims.

8. Total compensation previously awarded to Trustee's counsel, accountant or other professional was $0.00. Trustee's attorneys', accountants', or other professionals' compensation and reimbursement of expenses requested but not yet allowed is $32,129.91. The total of Chapter 7 professional fees and expenses requested for final allowance is $32,129.91. (See Exhibit G).

9. A fee of $2,000.00 was paid to Debtor's attorney for services rendered in connection with this case, and no basis appears to request an examination of said fee pursuant to 11 U.S.C. §329.

**WHEREFORE,** the Trustee certifies under penalty of perjury that the above statements are true and correct and requests the Court to provide for notice and a hearing under 11 U.S.C. §§330(a), 502(b) and 503(b). The Trustee further requests that the Court award final compensation and reimbursement of expenses and make final allowance of the administrative claims and expenses stated in this Report, and for such other relief as the Court shall deem proper.

RESPECTFULLY SUBMITTED:

DATE: __6/21/07

/s/ Brenda Porter Helms
Trustee
3400 W. Lawrence Avenue
Chicago, IL 60625

## TASKS PERFORMED BY TRUSTEE

Upon being advised of the conversion of this case to a chapter 7, the Trustee immediately visited the two locations of the debtor, dismissed the employees, and locked the facilities. One location was in Melrose Park, the other in Naperville (6 hours). The Trustee then contacted locksmiths to change the locks and was present to meet the locksmiths at both locations when the locks were changed (3 hours). The Trustee reviewed the schedules and statement of financial affairs filed by the debtor and conducted the first meeting of creditors (2 hours). The Trustee negotiated and entered into an agreement with Jeffrey Pesek to sell the two Jiffy Lube locations to him and allow him to operate same pending closing on the sale (3 hours). Despite numerous discussions, the sale failed to close, even though the Trustee spent approximately 3 hours getting estimates from contractors for repairs to the locations to bring them up to village and city building codes. The Trustee had four conversations with International Bank to obtain a turnover of funds in the bank account (1 hour).

The Trustee deposited all funds in a segregated, interest bearing account and included this case in the cases reported to the U.S. Trustee. The Trustee reconciled the account on a monthly basis (1 hour).

19 hours @$300 = $5,700

**EXHIBIT A**

## DISPOSITION OF ESTATE PROPERTY

<u>Scheduled Property & Disposition</u>                                  <u>Amount Abandoned</u>

   See attached Individual Estate Property Record

   Property abandoned or to be abandoned:
| | |
|---|---|
| Cash – not at business when Trustee visited | $100.00 |
| Security deposits – rents and utilities in arrears | $5,500.00 |
| Fleets, Jiffy Lube – not valid, reduced by offsets | $60,000.00 |
| Office equipment – subject to lien | $3,000.00 |
| Machinery & equipment – subject to liens exceeding Value | $60,000.00 |
| Inventory – subject to liens which exceed value | $20,000.00 |
| TOTAL VALUE PROPERTY ABANDONED: | $148,600.00 |

<u>Unscheduled Property</u>

   Post petition interest of $578.17

| | |
|---|---|
| TOTAL RECEIPTS | $34,095.93 |
| TOTAL SCHEDULED VALUE OF PROPERTY ABANDONED | $148,600.00 |
| TOTAL SCHEDULED VALUE OF EXEMPT PROPERTY | $0.00 |

**EXHIBIT B**

FORM 1

INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT

ASSET CASES

Page: 1

| Case No: | 04-22183   SQU   Judge: JOHN SQUIRES | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | J&M OIL SERVICE ENTERPRISE, INC. | Date Filed (f) or Converted (c): | 07/22/04 (c) |
|  |  | 341(a) Meeting Date: | 09/07/04 |
| For Period Ending: 06/22/07 |  | Claims Bar Date: | 12/27/04 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=554(a) DA=554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. BANK ACCOUNTS | 5,000.00 | 8,517.76 |  | 8,517.76 | FA |
| 2. Post-Petition Interest Deposits (u) | Unknown | N/A |  | 578.17 | Unknown |
| 3. SECURITY DEPOSITS | 5,500.00 | 0.00 | DA | 0.00 | FA |
| 4. CASH ON HAND | 100.00 | 0.00 | DA | 0.00 | FA |
| 5. ACCOUNTS RECEIVABLE | 60,000.00 | 0.00 | DA | 0.00 | FA |
| 6. OFFICE EQUIPMENT, FURNISHINGS, AND | 3,000.00 | 0.00 | DA | 0.00 | FA |
| 7. MACHINERY, FIXTURES, AND BUSINESS E | 60,000.00 | 0.00 | DA | 25,000.00 | FA |
| 8. INVENTORY | 20,000.00 | 0.00 | DA | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $ 153,600.00    $ 8,517.76    $ 34,095.93

Value of Remaining Assets
$0.00
(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Initial Projected Date of Final Report (TFR): 12/31/06    Current Projected Date of Final Report (TFR): 12/30/07

/s/   BRENDA PORTER HELMS, TRUSTEE
_____   Date: 06/22/07
BRENDA PORTER HELMS, TRUSTEE

## ESTATE CASH RECEIPTS AND DISBURSEMENTS

See attached

EXHIBIT C

| Case No: | 04-22183 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | J&M OIL SERVICE ENTERPRISE, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7009 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1735 | | |
| For Period Ending: | 06/22/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/23/04 | 1 | International Bank<br>1601 N. Mannheim Rd<br>Stone Park IL 60165 | turnover of bank account | 1129-000 | 6,822.79 | | 6,822.79 |
| 08/23/04 | 1 | International Bank<br>1601 N. Mannheim Rd<br>Stone Park Illinois | turnover of bank account | 1129-000 | 1,694.97 | | 8,517.76 |
| 08/31/04 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.14 | | 8,517.90 |
| 09/30/04 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.70 | | 8,518.60 |
| 10/29/04 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.71 | | 8,519.31 |
| 11/30/04 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.70 | | 8,520.01 |
| 12/31/04 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.72 | | 8,520.73 |
| 01/24/05 | 000101 | Paychex<br>4300 Weaver Parkway #100<br>Warrenville IL 60555 | tax filings | 2990-000 | | 512.32 | 8,008.41 |
| 01/31/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.72 | | 8,009.13 |
| 02/28/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.54 | | 8,010.67 |
| 03/09/05 | 7 | Jeff Pesek | earnest money | 1129-000 | 25,000.00 | | 33,010.67 |
| 03/17/05 | 000102 | International Sureties Ltd<br>Suite 1700<br>210 Baronne St<br>New Orleans LA 70112 | Trustee bond | 2300-000 | | 24.78 | 32,985.89 |
| 03/31/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.77 | | 32,990.66 |
| 04/29/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 6.77 | | 32,997.43 |
| 05/31/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 7.01 | | 33,004.44 |
| 06/30/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 6.78 | | 33,011.22 |
| 07/29/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 7.01 | | 33,018.23 |
| 08/31/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 16.83 | | 33,035.06 |
| 09/30/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 16.29 | | 33,051.35 |
| 10/31/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 16.84 | | 33,068.19 |
| 11/30/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 16.31 | | 33,084.50 |
| 12/30/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 16.86 | | 33,101.36 |
| 01/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 16.87 | | 33,118.23 |
| 02/28/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 23.59 | | 33,141.82 |
| 03/15/06 | 000103 | International Sureties, Ltd.<br>203 Cardondelet St.<br>New Orleans LA 70130 | bond premium | 2300-000 | | 23.94 | 33,117.88 |
| 03/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.14 | | 33,146.02 |
| 04/28/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 27.24 | | 33,173.26 |
| 05/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.18 | | 33,201.44 |
| 06/30/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 27.29 | | 33,228.73 |
| 07/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.22 | | 33,256.95 |
| 08/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.25 | | 33,285.20 |
| 09/29/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 27.36 | | 33,312.56 |
| 10/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.29 | | 33,340.85 |
| 11/30/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 27.40 | | 33,368.25 |
| 12/29/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.33 | | 33,396.58 |
| 01/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.37 | | 33,424.95 |

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page: 2

| Case No: | 04-22183 -SQU | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name: | J&M OIL SERVICE ENTERPRISE, INC. | Bank Name: | BANK OF AMERICA, N.A. |
| | | Account Number / CD #: | *******7009 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1735 | | |
| For Period Ending: | 06/22/07 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Trans. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 02/27/07 | 000104 | International Sureties, Ltd | bond premium | 2300-000 | | 35.96 | 33,388.99 |
| 02/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 25.64 | | 33,414.63 |
| 03/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.38 | | 33,443.01 |
| 04/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 27.49 | | 33,470.50 |
| 05/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.43 | | 33,498.93 |

Total Of All Accounts   33,498.93

PFORM24

Ver: 12.10a

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | |
|---|---|
| IN RE: | CHAPTER 7 |
| J&M OIL SERVICE ENTERPRISE, INC. | CASE NO. 04-22183-SQU |
| Debtor(s). | HON. JOHN SQUIRES |

PROPOSED DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

SUMMARY OF DISTRIBUTION:

| | |
|---|---|
| Chapter 7 Administrative Expenses: | $33,498.93 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | $33,498.93 |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $50,328.81 | 100%/49.5 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
|  | Brenda Porter Helms, Trustee<br>Trustee Compensation | $4,159.59 | $4,159.59 |
|  | Brenda Porter Helms, Trustee<br>Trustee Expenses | $393.36 | $393.36 |
| 1 | U.S. Trustee<br>U.S. Trustee Quarterly Fees | $3,000.00 | $3,000.00 |
| 13 | Jiffy Lube<br>Administrative Expenses | $9,500.00 | $9,500.00 |
|  | Springer, Brown<br>Attorney for Trustee Fees | $19,012.50 | $9,397.88 |
|  | Alan D. Lasko & Associates, P.C.<br>Accountant for Trustee Fees | $14,230.10 | $7,034.66 |
|  | Alan D. Lasko & Associates, P.C.<br>Accountant for Trustee Expenses | $24.81 | $13.44 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $ 36,456.84 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 5 | Department Of Treasury Other Prior Chapter Administrative Expenses | $36,456.84 | $0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $4,925 | $ 398.00 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 11 | Coconate, Michael Wages-- 507 | $138.00 | $0.00 |
|  | Net for claim 11 |  | $0.00 |
| 8 | Reynolds, Aaron Wages-- 507 | $260.00 | $0.00 |
|  | Net for claim 8 |  | $0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Funds | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $4,925 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $2,225 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) Tax Liens | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) Tax Claims Excluding fines and penalties | $ 57,543.20 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 9 | Cook County Dept Of Revenue<br>Claims of Governmental Units--507 | $249.91 | $0.00 |
| 2 | Department Of Treasury<br>Claims of Governmental Units--507 | $55,741.06 | $0.00 |
| 10 | Illinois Dept Of Employment Security<br>Claims of Governmental Units--507 | $1,552.23 | $0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid <u>pro rata</u> after costs of administration and priority claims are paid in full | $ 290,439.95 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 5 | Bulkmaster<br>General Unsecured 726 | $1,263.82 | $0.00 |
| 6 | Citizens Financial Services<br>General Unsecured 726 | $6,272.58 | $0.00 |
| 12 | Onyx<br>General Unsecured 726 | $1,151.32 | $0.00 |

| | | | |
|---|---|---:|---:|
| 15 | Pesek, Jeffrey<br>General Unsecured 726 | $50,000.00 | $0.00 |
| 14 | Quality Oil<br>General Unsecured 726 | $210,225.47 | $0.00 |
| 7 | Suburban Tire Company<br>General Unsecured 726 | $21,526.76 | $0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(3) Late unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(4) - Fines/penalties | $ 14,065.15 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---:|---:|
| 2A | Department Of Treasury<br>Fines, Penalties 726 | $13,825.15 | $0.00 |
| 10A | Illinois Dept Of Employment Security<br>Fines, Penalties 726 | $240.00 | $0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Priority | 3 | Dept of Treasury, Internal Revenue Service, 230 S. Dearborn St. Chicago IL 60604 | $4,024.19 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _____     _____