IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                                      )    NO. 04 B 22183
J&M OIL SERVICE ENTERPRISE, INC.    )    HON. JOHN H. SQUIRES
                                                            )    BANKRUPTCY JUDGE

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1. NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation. A hearing will be held

    AT:  COURTROOM 2000
           DUPAGE COUNTY COURTHOUSE
           505 NORTH COUNTY FARM ROAD
           WHEATON, IL 60187

    ON:  **November 2, 2007**                            AT:  **10:00 a.m.**

2. The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court. ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3. The Trustee's Final Report shows total

    RECEIPTS                                                                $34,095.93

    DISBURSEMENTS                                                  $597.00

    NET CASH AVAILABLE FOR DISTRIBUTION   $33,498.93

4. Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $4,159.59 | $393.36 |
| Alan D. Lasko & Associates, P.C. – Trustee's Accountant | $0.00 | $14,230.10 | $24.81 |
| David R. Brown & Assoc. | $0.00 | $19,012.50 | $0.00 |
| U.S. Trustee | $0.00 | $3,000.00 | $0.00 |
| Jiffy Lube International | $0.00 | $9,500.00 | $0.00 |

5. The Internal Revenue Service filed an application for payment of Chapter 11 administrative expense in the amount of $36,456.84, but will receive no distribution on its claim.

6. The following priority claims were filed in this case, but will receive no distribution:

   | | |
   |---|---|
   | Michael Coconate | $138.00 |
   | Aaron Reynolds | $260.00 |
   | Cook County Dept of Revenue | $249.91 |
   | Dept. of Treasury | $55,741.06 |
   | Ill. Dept of Employment Security | $1,552.23 |

7. General unsecured creditors filed the following claims totaling $290,439.95, but will receive no distribution on their claims:

   | Creditor | Amount of Claim | Amount of Distribution |
   |---|---|---|
   | Bulkmaster | $1,263.82 | $0.00 |
   | Citizens Financial | $6,272.58 | $0.00 |
   | Onyx | $1,151.32 | $0.00 |
   | Jeffrey Pesek | $50,000.00 | $0.00 |
   | Quality Oil | $210,225.47 | $0.00 |
   | Suburban Tire Co. | $21,526.76 | $0.00 |

9. No late claims were filed.

10. All proposed dividends are approximations. Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

11. The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal

Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

12. The debtor is a corporation and did not  receive a discharge.

For the Court:

Dated: **October 9, 2007**    **KENNETH S. GARDNER**
Kenneth S. Gardner, Clerk
United States Bankruptcy Court

Trustee:  Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 267-7300 ext 268
(773) 267-9405 (fax)