IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | NO. 04 B 22183 |
| J&M OIL SERVICE ENTERPRISE, INC. | ) | HON. JOHN H. SQUIRES |
| | ) | BANKRUPTCY JUDGE |

NOTICE OF TRUSTEE'S FINAL REPORT, HEARING ON
APPLICATIONS FOR COMPENSATION, AND HEARING ON
THE ABANDONMENT OF PROPERTY BY THE TRUSTEE

TO:  The Debtor, Creditors and Other Parties in Interest:

1.  NOTICE IS HEREBY GIVEN that the Trustee of the above captioned case has filed a Trustee's Final Report and final applications for compensation.  A hearing will be held

　　　　AT:  COURTROOM 2000
　　　　　　　DUPAGE COUNTY COURTHOUSE
　　　　　　　505 NORTH COUNTY FARM ROAD
　　　　　　　WHEATON, IL 60187

　　　　ON:  **November 2, 2007**　　　　　　　　　　AT:  **10:00 a.m.**

2.  The hearing will be held for the purpose of ruling on any objections to the Final Report, ruling on applications for compensation and expenses, and any objections to the pending applications and transacting such other business as may be properly noticed before the Court.  ATTENDANCE BY THE DEBTOR AND THE CREDITORS IS WELCOMED BUT NOT REQUIRED.

3.  The Trustee's Final Report shows total

　　　　RECEIPTS　　　　　　　　　　　　　　　　$34,095.93

　　　　DISBURSEMENTS　　　　　　　　　　　　$597.00

　　　　NET CASH AVAILABLE FOR DISTRIBUTION  $33,498.93

4.  Applications for Chapter 7 fees and administrative expenses have been filed as follows:

| APPLICANT | COMPENSATION PREVIOUSLY PAID | FEES NOW REQUESTED | EXPENSES |
|---|---|---|---|
| Brenda Porter Helms Trustee | $0.00 | $4,159.59 | $393.36 |
| Alan D. Lasko & Associates, P.C. – Trustee's Accountant | $0.00 | $14,230.10 | $24.81 |
| David R. Brown & Assoc. | $0.00 | $19,012.50 | $0.00 |
| U.S. Trustee | $0.00 | $3,000.00 | $0.00 |
| Jiffy Lube International | $0.00 | $9,500.00 | $0.00 |

5.  The Internal Revenue Service filed an application for payment of Chapter 11 administrative expense in the amount of $36,456.84, but will receive no distribution on its claim.

6.  The following priority claims were filed in this case, but will receive no distribution:

| | |
|---|---|
| Michael Coconate | $138.00 |
| Aaron Reynolds | $260.00 |
| Cook County Dept of Revenue | $249.91 |
| Dept. of Treasury | $55,741.06 |
| Ill. Dept of Employment Security | $1,552.23 |

7.  General unsecured creditors filed the following claims totaling $290,439.95, but will receive  no distribution on their claims:

| Creditor | Amount of Claim | Amount of Distribution |
|---|---|---|
| Bulkmaster | $1,263.82 | $0.00 |
| Citizens Financial | $6,272.58 | $0.00 |
| Onyx | $1,151.32 | $0.00 |
| Jeffrey Pesek | $50,000.00 | $0.00 |
| Quality Oil | $210,225.47 | $0.00 |
| Suburban Tire Co. | $21,526.76 | $0.00 |

9.  No late claims were filed.

10.  All proposed dividends are approximations.  Actual dividends may differ due to interest accrual, fee reductions or as ordered by the Court.

11.  The Trustee's Final Report and all applications for compensation are available for inspection at the office of the Clerk of the Bankruptcy Court, Dirksen Federal

Courthouse, 219 S. Dearborn Street, 7th Floor, Chicago, Illinois.  If no objections are filed, the Court will act on the fee applications and the Trustee may pay dividends pursuant to Federal Rule of Bankruptcy Procedure without further order of Court.

12. The debtor is a corporation and did not  receive a discharge.


For the Court:

Dated:  **October 9, 2007**                              **KENNETH S. GARDNER**
                                                        Kenneth S. Gardner, Clerk
                                                        United States Bankruptcy Court


Trustee:  Brenda Porter Helms
              3400 W. Lawrence Avenue
              Chicago IL 60625
              (773) 267-7300 ext 268
              (773) 267-9405 (fax)

**BAE SYSTEMS**

Bankruptcy Noticing Center
2525 Network Place, 3rd Floor
Herndon, Virginia 20171-3514

# CERTIFICATE OF SERVICE

```
District/off: 0752-1              User: amcc7              Page 1 of 2              Date Rcvd: Oct 09, 2007
Case: 04-22183                    Form ID: pdf002         Total Served: 35
```

The following entities were served by first class mail on Oct 11, 2007.
```
db           +J&M Oil Service Enterprise Inc,   8805 Carlisle Court,   Darien, IL 60561-5375
aty          +Al-Haroon B Husain,   79 W Monroe,   Suite 914,   Chicago, IL 60603-4977
aty          +Al-Haroon B Husain,   70 W Madison #5330,   Chicago, IL 60602-4376
aty          +David R Brown, ESQ,   Springer, Brown, Covey, Gaertner & Davis,   400 South County Farm Road,
               Suite 330,   Wheaton, IL 60187-4547
tr           +Brenda Porter Helms, ESQ,   The Helms Law Firm, P.C.,   3400 West Lawrence,
               Chicago, IL 60625-5104
8451711      +AT & T,   PO Box 9001309,   Louisville, KY 40290-1309
8451712      +AT & T,   Bankruptcy Dept,   Attn: Linda Adams,   6021 S Rio Grande Ave 1st Flr,
               Orlando FL 32809-4613
8451713      +AT & T Broadband,   PO Box 173885,   Denver, CO 80217-3885
8677513      +Aaron Reynolds,   660 Niagra Dr,   Bolingbrook IL 60440-2541
8451710      +Airmark Uniform Services,   2334 S Michigan Avenue,   Chicago, Illinois 60616-2105
8451714      +Bulkmaster,   PO Box 365,   Chebansc, Illinois 60922-0365
8368902      +Chicagoland ADI,   1098 Tower Lane,   Bensenville IL 60106-1031
8628767      +Citizens Financial Services, FSB,   707 Ridge Rd,   Munster IN 46321-1678
8687041      +Cook County Dept of Revenue,   118 N Clark St, Room 1160,   Chicago IL 60602-1315
8368901      +Family Bank & Trust,   c/o Chester Foster,   200 W Jackson Blvd,   Suite 4E,
               Chicago, IL 60606-6941
8404691     ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court:  Department of the Treasury,   Internal Revenue Service,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
11374606    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court:  Internal Revenue Service,   Centralized Insolvency Operations,
               P.O. Box 21126,   Philadelphia, PA 19114)
8451709      +Illinois Department of Revenue,   Bankruptcy Section Level 7-425,   100 W Randolph St,
               Chicago, IL 60601-3218
8451708      +Illinois Department of Revenue,   Retailers Occupation Tax,   Springfield, Illinois 62796-0001
8719000      +Illinos Department of Employment Security,   Bankruptcy Unit - 10th Floor,   33 S State Stree,
               Chicago IL 60603-2802
8308279      +Jeffery Pesek c/o Thaddeus J Hunt,   Law Offices of Thaddeus Hunt,
               53 W Jackson Blvd., Suite 1620,   Chicago IL 60604-3774
8368900      +Jiffy Lube International,   PO Box 4427,   Houston TX 77210-4427
8263213      +Jiffy Lube International, Inc c/o W.J.Barrett,   Barack Ferrazzano Kirschbaum et al,
               333 W Wacker Dr, Suite 2700,   Chicago IL 60606-1227
8167166       Jiffy Lube International, Inc.,   P.O. Box 203132,   Houston, TX  77216-3132
8719076      +Michael Coconate,   1618 Valley Forge Place,   Downers Grove  IL 60516-3155
8451706      +Mighty Oil Parts,   360 Windy Point Dr,   Glendale Heights, Illinois 60139-2176,
               JL-Melrose Park-3137,   JI-Downers Grove-3136
8451702      +Northern Illinois Gas,   Attention: Bankruptcy & Collections,   PO Box 549,
               Aurora, IL 60507-0549
8798051      +Onyx Waste Services, Inc. - T8,   c/o D&B RMS Bankruptcy Recovery Services,   P.O. Box 5126,
               Timonium, MD 21094-5126
8451705      +Quality Oil Inc,   c/ Law Offices of MH Cohon,   PO Box 636,   Morton Grove IL 60053-0636
8451707      +SOPUS Products,   PO Box 200889,   Houston, TX 77216-0889
8628823      +Suburban Tire Company,   Attn: Steve,   755 E North Ave,   Glendale Heights IL 60139-3550
8341431      +United StatesTrustee,   227 W Monroe St, Suite 3350,   Chicago IL 60606-5025
```

The following entities were served by electronic transmission on Oct 10, 2007.
```
8451703      +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com                        Com Ed,
               Chicago, IL 60668-0001
8451704      +E-mail/Text: elizabeth.soehren-jones@exeloncorp.com
               Commonwealth Edison & Co,   System Credit/Bankruptcy Department,   2100 Swift Drive,
               Oak Brook, IL 60523-1559
8451701      +E-mail/Text: bankrup@nicor.com                                             Nicor Gas,   PO Box 310,
               Aurora, Illinois 60507-0310
                                                                                         TOTAL: 3
```

```
      ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
aty           Himont Law Group Ltd
11394149*   ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
               PHILADELPHIA PA 19114-0326
               (address filed with court:  Department of the Treasury,   Internal Revenue Service,
               Centralized Insolvency Operations,   P O Box 21126,   Philadelphia, PA 19114)
                                                                            TOTALS: 1, * 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

```
District/off: 0752-1        User: amcc7           Page 2 of 2           Date Rcvd: Oct 09, 2007
Case: 04-22183             Form ID: pdf002        Total Served: 35
```

```
            ***** BYPASSED RECIPIENTS (continued) *****
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have served the attached document on the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**First Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed.  This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Oct 11, 2007**                    **Signature:**