IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| J&M OIL SERVICE ENTERPRISE | ) | NO. 04-22183 |
| | ) | HON. JOHN H. SQUIRES. |
| | ) | BANKRUPTCY JUDGE |

## TRUSTEE'S FINAL ACCOUNT AND APPLICATION TO CLOSE CASE AND DISCHARGE TRUSTEE

TO: The Honorable John H. Squires
United States Bankruptcy Judge

  Final distribution of all monies has been made in accordance with the Order Awarding Compensation and Expenses and the Trustee's Final Distribution Report. copies of which are attached hereto as Group Exhibit A.

  All checks have been cashed. Evidence of all cancelled checks since the filing of the Trustee's Final Report is set forth on the Form 2 report attached hereto as Exhibit B. Form 2 also reflects a net total balance of zero for this estate.

  The Trustee certifies that the estates has been fully administered and requests that she be discharged and that the case be closed pursuant to 11 U.S.C. section 350.

Dated: January 15. 2008              /s/ Brenda Porter Helms

                                  Trustee

Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427

04-22183:135.1:Application for Compensation:Proposed Order Entered: 9/18/2007 4:58:05 PM by:Brenda Helms Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE:                                  )  NO. 04-22183
J&M OIL SERVICE ENTERPRISES, INC.       )  HON. JOHN H. SQUIRES
                                        )  BANKRUPTCY JUDGE

ORDER AWARDING COMPENSATION

AT WHEATON, ILLINOIS this      day of      2007, before the Honorable John H. Squires, United States Bankruptcy Judge, in the District and Division aforesaid,

IT APPEARING to the Court that Springer Brown Covey Gaertner & Davis has filed an Application for Compensation; and it

APPEARING to the Court that due notice has been given and the Court being fully advised in the matter,

IT IS HEREBY ORDERED that Springer Brown Covey Gaertner & Davis is awarded compensation in the amount of $19,012.50.

NOV - 2 2007        ENTERED: _____
                              United States Bankruptcy Judge

Prepared by:
Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 60625
(773) 463-6427
(773) 267-9405 (fax)

Group Exhibit A

142

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CHAPTER 7 CASE |
| | ) | |
| J&M OIL SERVICE ENTERPRISE, INC. | ) | CASE NO. 04-22183 |
| | ) | |
| Debtor(s) | ) | Hon. JOHN SQUIRES |
| | ) | BANKRUPTCY JUDGE |
| | ) | |

## ORDER AWARDING COMPENSATION AND EXPENSES

THIS MATTER COMING TO BE HEARD on the Trustee's final requests for the allowance of fees and expenses of administration, notice having been given and the Court being duly advised:

IT IS HEREBY ORDERED that the Trustee's final requests for the allowance of fees and expenses are allowed as follows:

| | | |
|---|---|---|
| 1. | Trustee's compensation | $4,159.59 |
| 2. | Trustee's expenses | $393.36 |
| | TOTAL | $4,552.95 |

IT IS FURTHER ORDERED that the Trustee is directed to pay the allowances listed above after the Trustee's Distribution Report is filed with the Clerk of the Bankruptcy Court.

DATED this ___2nd___ day of ___November___, 2007.

ENTERED:

_____
UNITED STATES BANKRUPTCY JUDGE

04-22183 134-1 Application for Compensation Proposed Order Entered 9/18/2007 4:52:15 PM by Brenda Helms Page 1 of 1

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

IN RE: ) NO. 04-22183
J&M OIL SERVICE ENTERPRISES, INC. ) HON. JOHN H. SQUIRES
) BANKRUPTCY JUDGE

ORDER AWARDING COMPENSATION
AND REIMBURSEMENT OF EXPENSES

AT WHEATON, ILLINOIS this ____ day of _____ 2007, before the Honorable John H. Squires, United States Bankruptcy Judge, in the District and Division aforesaid,

IT APPEARING to the Court that Alan D. Lasko & Associates, P.C. has filed an Application for Compensation and Reimbursement of Expenses; and it

APPEARING to the Court that due notice has been given and the Court being fully advised in the matter,

IT IS HEREBY ORDERED that Alan D. Lasko & Associates, P.C. is awarded compensation in the amount of $14,230.10 and reimbursement of expenses in the amount of $24.81.

NOV - 2 2007

ENTERED: _____
United States Bankruptcy Judge

Prepared by:
Brenda Porter Helms
3400 W. Lawrence Avenue
Chicago IL 606025
(773) 463-6427
(773) 267-9405 (fax)

UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NORTHERN ILLINOIS

IN RE:                                              CHAPTER 7

J&M OIL SERVICE ENTERPRISE, INC.                    CASE NO. 04-22183

           Debtor(s).                          HON. JOHN SQUIRES

## FINAL DISTRIBUTION REPORT

I, BRENDA PORTER HELMS, trustee herein, certify that I have reviewed all claims filed with the Clerk of the Bankruptcy Court and have examined all orders of Court, and state that based on my review I propose to make the following distribution.

### SUMMARY OF DISTRIBUTION:

| | |
|---|---:|
| Chapter 7 Administrative Expenses: | $33,626.84 |
| Chapter 11 Administrative Expenses: | $0.00 |
| Priority Claims (507(a)(3)-(a)(6)): | $0.00 |
| Secured Claims | $0.00 |
| Secured Tax Liens: | $0.00 |
| Priority Tax Claims: | $0.00 |
| General Unsecured Claims: | $0.00 |
| Interest (726(a)(5)): | $0.00 |
| Surplus to Debtor (726(a)(6)): | $0.00 |
| **TOTAL AMOUNT TO BE DISTRIBUTED:** | **$33,626.84** |

EXHIBIT D

REPORT OF DISTRIBUTION - CONT'D

| 1. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §506 - Secured Claims | $ 0.00 | 0.00 |

| 2. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) (Chapter 7 costs of administration including Court costs and U.S. Trustee quarterly fees pursuant to 28 U.S.C. §1930(6) | $50,320.36 | 66.83 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
|  | Brenda Porter Helms, Trustee Trustee Compensation | $4,159.59 | $4,159.59 |
|  | Brenda Porter Helms, Trustee Trustee Expenses | $393.36 | $393.36 |
| 1 | United States Trustee. U.S. Trustee Quarterly Fees | $3,000.00 | $3,000.00 |
| 13 | Jiffy Lube Superpriority Administrative Expenses | $9,500.00 | $9,500.00 |
|  | Springer Brown Covey Gaertner & Davis Attorney for Trustee Fees | $19,012.50 | $9,472.88 |
|  | Alan D. Lasko & Associates, P.C. Accountant for Trustee Fees | $14,230.10 | $7,086.66 |
|  | Alan D. Lasko & Associates, P.C. Accountant for Trustee Expenses | $24.81 | $14.35 |

| 3. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a) & (b) and §507(a)(1) Debtor-in Possession (DIP) administrative expenses | $ 36,456.84 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 5 | Department Of Treasury Other Prior Chapter Administrative Expenses | $36,456.84 | $0.00 |

| 4. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(2) - Gap claims arising in involuntary cases and allowed pursuant to §502(f) | $ 0.00 | 0.00 |

| 5. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(3) - Wages, salaries or commissions, limited to $10,000.00 | $ 398.00 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 11 | Coconate, Michael Wages-- 507 | $138.00 | $0.00 |
| | Net for claim 11 | | $0.00 |
| 8 | Reynolds, Aaron Wages-- 507 | $260.00 | $0.00 |
| | Net for claim 8 | | $0.00 |

| 6. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(4) - Contributions to Employee Funds | $ 0.00 | 0.00 |

| 7. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(5) - Farmers' and Fisherman's claims to the extent of $4,925 | $ 0.00 | 0.00 |

| 8. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(6) - Deposits by consumers to the extent of $900 | $ 0.00 | 0.00 |

| 9. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(7) Alimony, Maintenance and Support | $ 0.00 | 0.00 |

| 10. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(b) Tax Liens | $ 0.00 | 0.00 |

| 11. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(8) Tax Claims excluding fines and penalties | $ 57,543.20 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 9 | Cook County Dept Of Revenue<br>Claims of Governmental Units--507 | $249.91 | $0.00 |
| 2 | Department Of Treasury<br>Claims of Governmental Units--507 | $55,741.06 | $0.00 |
| 10 | Illinois Dept Of Employment Security<br>Claims of Governmental Units--507 | $1,552.23 | $0.00 |

| 12. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §507(a)(9) - Capital Commitments to FDIC, et al. | $ 0.00 | 0.00 |

| 13. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---|---|
| §726(a)(2) - General Claims (To be paid pro rata after costs of administration and priority claims are paid in full | $ 290,439.95 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---|---|
| 5 | Bulkmaster<br>General Unsecured 726 | $1,263.82 | $0.00 |
| 6 | Citizens Financial Services<br>General Unsecured 726 | $6,272.58 | $0.00 |
| 12 | Onyx<br>General Unsecured 726 | $1,151.32 | $0.00 |

| | | | |
|---|---|---:|---:|
| 15 | Pesek, Jeffrey<br>General Unsecured 726 | $50,000.00 | $0.00 |
| 14 | Quality Oil<br>General Unsecured 726 | $210,225.47 | $0.00 |
| 7 | Suburban Tire Company<br>General Unsecured 726 | $21,526.76 | $0.00 |

| 14. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(3) Late unsecured claims | $ 0.00 | 0.00 |

| 15. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(4) - Fines/penalties | $ 14,065.15 | 0.00 |

| CLAIM NO. | CREDITOR | AMOUNT OF ALLOWED CLAIM | FINAL DIVIDEND |
|---|---|---:|---:|
| 2A | Department Of Treasury<br>Fines, Penalties726 | $13,825.15 | $0.00 |
| 10A | Illinois Dept Of Employment Security<br>Fines, Penalties726 | $240.00 | $0.00 |

| 16. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(5) - Interest | $ 0.00 | 0.00 |

| 17. TYPE OF CLAIMS | TOTAL AMOUNT OF CLAIMS | FINAL DIVIDEND % |
|---|---:|---:|
| §726(a)(6) - Surplus to Debtor | $ 0.00 | 0.00 |

—

The following claims are not included in the distribution because they have been disallowed by court order or have been withdrawn by the claimant:

| TYPE OF CLAIM | CLAIM NUMBER | CREDITOR AND ADDRESS | AMOUNT OF CLAIM | DISALLOWED/ WITHDRAWN (DESIGNATE) |
|---|---|---|---|---|
| Priority | 2 | Dept of Treasury, Internal Revenue Service, 230 S. Dearborn St. Chicago IL 60604 | $4,024.19 | Withdrawn |

WHEREFORE, the Trustee certifies under penalty of perjury that the above statements are true and correct.

DATED: _11/5/07_

/s/ Brenda Porter Helms,
Trustee

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 1

| Case No: | 04-22183 -SQU | | Trustee Name | BRENDA PORTER HELMS, TRUSTEE |
| --- | --- | --- | --- | --- |
| Case Name: | J&M OIL SERVICE ENTERPRISE, INC | | Bank Name: | BANK OF AMERICA, N.A |
| | | | Account Number / CD #: | *******7009 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1735 | | | |
| For Period Ending: | 01/30/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 08/23/04 | 1 | International Bank 1601 N. Mannheim Rd Stone Park IL 60165 | turnover of bank account | 1129-000 | 6,822.79 | | 6,822.79 |
| 08/23/04 | 1 | International Bank 1601 N. Mannheim Rd Stone Park Illinois | turnover of bank account | 1129-000 | 1,694.97 | | 8,517.76 |
| 08/31/04 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.14 | | 8,517.90 |
| 09/30/04 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.70 | | 8,518.60 |
| 10/29/04 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.71 | | 8,519.31 |
| 11/30/04 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.70 | | 8,520.01 |
| 12/31/04 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.72 | | 8,520.73 |
| 01/24/05 | 000101 | Paychex 4300 Weaver Parkway #100 Warrenville IL 60555 | tax filings | 2990-000 | | 512.32 | 8,008.41 |
| 01/31/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.100 | 1270-000 | 0.72 | | 8,009.13 |
| 02/28/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 1.54 | | 8,010.67 |
| 03/09/05 | 7 | Jeff Pesek | earnest money | 1129-000 | 25,000.00 | | 33,010.67 |
| 03/17/05 | 000102 | International Sureties Ltd Suite 1700 210 Baronne St New Orleans LA 70112 | Trustee bond | 2300-000 | | 24.78 | 32,985.89 |
| 03/31/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 4.77 | | 32,990.66 |
| 04/29/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 6.77 | | 32,997.43 |
| 05/31/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 7.01 | | 33,004.44 |
| 06/30/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 6.78 | | 33,011.22 |
| 07/29/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.250 | 1270-000 | 7.01 | | 33,018.23 |
| 08/31/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 16.83 | | 33,035.06 |
| 09/30/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 16.29 | | 33,051.35 |
| 10/31/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 16.84 | | 33,068.19 |

Exhibit B

Page Subtotals  33,605.29   537.10

FORM24  Ver. 12-01

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 2

| Case No.: | 04-22183 -SQU | | Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|---|
| Case Name: | J&M OIL SERVICE ENTERPRISE, INC. | | Bank Name: | BANK OF AMERICA, N.A. |
| | | | Account Number / CD #: | *******7009 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1735 | | | |
| For Period Ending: | 01/30/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/30/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 16.31 | | 33,084.50 |
| 12/30/05 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 16.86 | | 33,101.36 |
| 01/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.600 | 1270-000 | 16.87 | | 33,118.23 |
| 02/28/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 23.59 | | 33,141.82 |
| 03/15/06 | 000103 | International Sureties, Ltd. 203 Cardondelet St. New Orleans LA 70130 | bond premium | 2300-000 | | 23.94 | 33,117.88 |
| 03/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.14 | | 33,146.02 |
| 04/28/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 27.24 | | 33,173.26 |
| 05/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.18 | | 33,201.44 |
| 06/30/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 27.29 | | 33,228.73 |
| 07/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.22 | | 33,256.95 |
| 08/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.25 | | 33,285.20 |
| 09/29/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 27.36 | | 33,312.56 |
| 10/31/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.29 | | 33,340.85 |
| 11/30/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 27.40 | | 33,368.25 |
| 12/29/06 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.33 | | 33,396.58 |
| 01/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.37 | | 33,424.95 |
| 02/27/07 | 000104 | International Sureties, Ltd | bond premium | 2300-000 | | 35.96 | 33,388.99 |
| 02/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 25.64 | | 33,414.63 |
| 03/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.38 | | 33,443.01 |
| 04/30/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 27.49 | | 33,470.50 |
| 05/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.43 | | 33,498.93 |
| 06/29/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 27.53 | | 33,526.46 |
| 07/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.48 | | 33,554.94 |
| 08/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 1.000 | 1270-000 | 28.50 | | 33,583.44 |
| 09/28/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 21.39 | | 33,604.83 |
| 10/31/07 | 2 | BANK OF AMERICA, N.A. | Interest Rate 0.750 | 1270-000 | 21.41 | | 33,626.24 |
| 11/02/07 | 2 | BANK OF AMERICA, N.A. | INTEREST REC'D FROM BANK | 1270-000 | 0.60 | | 33,626.84 |

Page Subtotals        618.55        59.90

Ver 1.2.61

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 3

| Case No. | 04-22183 -SQU | Trustee Name | BRENDA PORTER HELMS, TRUSTEE |
|---|---|---|---|
| Case Name | J&M OIL SERVICE ENTERPRISE, INC | Bank Name | BANK OF AMERICA, N.A |
| | | Account Number / CD #: | *******7009 Money Market - Interest Bearing |
| Taxpayer ID No: | *******1735 | | |
| For Period Ending: | 01/30/08 | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| 11/02/07 | | Transfer to Acct #*******7349 | Final Posting Transfer | 9999-000 | | 33,626.84 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| COLUMN TOTALS | | 34,223.84 | 34,223.84 | 0.00 |
| Less: Bank Transfers/CD's | | 0.00 | 33,626.84 | |
| Subtotal | | 34,223.84 | 597.00 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 34,223.84 | 597.00 | |

Page Subtotals    0.00    33,626.84

Ver 12 6E

FORM 2

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Page 4

| Case No | 04-22183-SQU | | Trustee Name | BRENDA PORTER HELMS, TRUSTEE |
| Case Name | J&M OIL SERVICE ENTERPRISE, INC | | Bank Name | BANK OF AMERICA, N.A. |
| | | | Account Number / CD # | *******7349 Checking - Non Interest |
| Taxpayer ID No: | *******1735 | | | |
| For Period Ending: | 01/30/08 | | Blanket Bond (per case limit): | $ 5,000,000.00 |
| | | | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |
| | | | BALANCE FORWARD | | | | 0.00 |
| 11/02/07 | | Transfer from Acct #*******7009 | Transfer In From MMA Account | 9999-000 | 33,626.84 | | 33,626.84 |
| 11/06/07 | 001001 | Brenda Porter Helms | TRUSTEE FEE | 2100-000 | | 4,159.59 | 29,467.25 |
| 11/06/07 | 001002 | Brenda Porter Helms | trustee expenses | 2200-000 | | 393.36 | 29,073.89 |
| 11/06/07 | 001003 | United States Trustee<br>227 W. Monroe St #3350<br>Chicago IL 60606 | quarterly fees | 2950-000 | | 3,000.00 | 26,073.89 |
| 11/06/07 | 001004 | Jiffy Lube | | 2990-000 | | 9,500.00 | 16,573.89 |
| 11/06/07 | 001005 | Springer Brown Covey Gaertner & Davis | ATTORNEYS FEES | 3210-000 | | 9,472.88 | 7,101.01 |
| 11/06/07 | 001006 | Alan D. Lasko & Associates, P.C.<br>29 S. LaSalle Street #1240<br>Chicago IL 60603 | accountants fees | 3410-000 | | 7,086.66 | 14.35 |
| 11/06/07 | 001007 | Alan D. Lasko & Associates, P.C. | accountant expenses | 3420-000 | | 14.35 | 0.00 |

| | | | |
|---|---|---|---|
| COLUMN TOTALS | | 33,626.84 | 33,626.84 | 0.00 |
| Less: Bank Transfers/CD's | | 33,626.84 | 0.00 | |
| Subtotal | | 0.00 | 33,626.84 | |
| Less: Payments to Debtors | | | 0.00 | |
| Net | | 0.00 | 33,626.84 | |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| Money Market - Interest Bearing - *******7009 | 34,223.84 | 597.00 | 0.00 |
| Checking - Non Interest - *******7349 | 0.00 | 33,626.84 | 0.00 |
| | 34,223.84 | 34,223.84 | 0.00 |
| | (Excludes Account Transfers) | (Excludes Payments To Debtors) | Total Funds On Hand |

Page Subtotals       33,626.84       33,626.84

Ver. 12.61a

LFORM24

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

| | |
|---|---|
| Case No: | 04-22183 SQU |
| Case Name: | J&M OIL SERVICE ENTERPRISE, INC |
| Taxpayer ID No: | ******1735 |
| For Period Ending: | 01/30/08 |

| | |
|---|---|
| Trustee Name: | BRENDA PORTER HELMS, TRUSTEE |
| Bank Name: | BANK OF AMERICA, N.A. |
| Account Number / CD #: | ******7349 Checking - Non Interest |
| Blanket Bond (per case limit): | $ 5,000,000.00 |
| Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description Of Transaction | Uniform Tran Code | Deposits ($) | Disbursements ($) | Account / CD Balance ($) |

Page Subtotals  0.00  0.00

Trustee's Signature: /s/ BRENDA PORTER HELMS, TRUSTEE  Date: 01/30/08
BRENDA PORTER HELMS, TRUSTEE